UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARAMJIT KAUR,<br><br>        Plaintiff,<br><br>    v.<br><br>UNTIED STATES OF AMERICA, et al.,<br><br>        Defendants. | Case No.: 1:14-cv-00839 JLT<br><br>ORDER CONTINUING SCHEDULING CONFERENCE |

On May 30, 2014, Plaintiff filed the instant action. (Doc. 1) On June 3, 2014, the Court issued the summons (Doc. 2) and its order setting the mandatory scheduling conference to occur on September 16, 2014. (Doc. 3) In its order setting the mandatory scheduling conference, the Court advised counsel:

> The Court is unable to conduct a scheduling conference until defendants have been served with the summons and complaint. Accordingly, plaintiff(s) shall diligently pursue service of summons and complaint and dismiss those defendants against whom plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of the summons and complaint so the Court has a record of service. **Counsel are referred to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint. Failure to timely serve summons and complaint may result in the imposition of sanctions, including the dismissal of unserved defendants.**

(Doc. 3 at 1-2, emphasis added) Despite this warning, Plaintiff has failed to file a proof of service of the summons and complaint.

///

1

Therefore, the Court **ORDERS**,

1. The scheduling conference, currently set on September 16, 2014, is continued to November 17, 2014 at 9:30 a.m. at the United States Courthouse at 510 19th Street, Bakersfield, CA.

**Plaintiff is reminded of the service obligations under Fed. R. Civ. P. 4.[1]  Failure to comply may result in the imposition of sanctions, including the dismissal of unserved defendants.**

IT IS SO ORDERED.

Dated:   **August 28, 2014**                              **/s/ Jennifer L. Thurston**
                                                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Fed. R. Civ. P. 4(m) requires the Court sua sponte to dismiss defendants who have not been served within 120 days of the filing of the complaint unless good cause is shown.

2